O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| DESMOND L. MCKENZIE, | ) | Case No. CV 09-5169 CAS(JC) |
|---|---|---|
| Petitioner, | ) | ~~(PROPOSED)~~ |
| v. | ) | ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| JOHN MARSHALL, | ) | |
| Respondent. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus (the "Petition"), all of the records herein, and the attached Report and Recommendation of United States Magistrate Judge.  The Court approves and adopts the United States Magistrate Judge's Report and Recommendation.

IT IS ORDERED that the Petition is denied and this action is dismissed without prejudice.

IT IS FURTHER ORDERED that the Clerk of the Court shall refer the Petition to the United States Court of Appeals for the Ninth Circuit (the "Ninth Circuit") pursuant to Ninth Circuit Rule 22-3(a).

///

///

///

1      IT IS FURTHER ORDERED that the Clerk shall serve copies of this Order,

2  the United States Magistrate Judge's Report and Recommendation, and the

3  Judgment herein on petitioner and on counsel for respondent.

4      LET JUDGMENT BE ENTERED ACCORDINGLY.

5

6  DATED:  August 26, 2009

7

8  _____

9  HONORABLE CHRISTINA A. SNYDER
   UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2