JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESMOND L. MCKENZIE, | ) Case No. 09-5169 CAS(JC) |
| | ) |
| Petitioner, | ) ~~(PROPOSED)~~ |
| | ) |
| v. | ) JUDGMENT |
| | ) |
| JOHN MARSHALL, | ) |
| | ) |
| Respondent. | ) |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed without prejudice.

DATED:  August 26, 2009

_____
HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE